# UNITED STATES BANKRUPTCY COURT
## District of Arizona

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on July 13, 2005.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) and address):
DANA L. SHAFMAN
4610 E. JOAN DE ARC AVENUE
PHOENIX, AZ 85032–6424

| Case Number: | Social Security/Taxpayer ID Nos.: |
|---|---|
| 2:05–bk–12672–SSC | xxx–xx–2322 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| KENT A. LANG<br>LANG & BAKER, PLC<br>8233 VIA PASEO DEL NORTE, SUITE C–100<br>SCOTTSDALE, AZ 85258<br>Telephone number: 480–947–1911 | MAUREEN GAUGHAN<br>PO BOX 6729<br>CHANDLER, AZ 85246–6729<br>Telephone number: 480–899–2036 |

### Meeting of Creditors:

Date: **August 26, 2005**  Time: **11:00 AM**
Location: **US Trustee Meeting Room, 230 N. First Avenue, Suite 102, , Phoenix, AZ**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: October 25, 2005**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003–1727<br>Telephone number: (602) 682–4000 | Clerk of the Bankruptcy Court:<br>Terrence S. Miller |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 21, 2005 |

# EXPLANATIONS

FORM B9A (9/97)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed at the bankruptcy clerk's office. The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Administrative Expenses in a Converted Case | If this case converted to a Chapter 7, a request for payment of an administrative expense, incurred before conversion, under 11 USC §503(a) must be filed within 90 days after the date set for the meeting of creditors. A governmental unit must file such a request within 180 days after the date of the conversion. |

−− Refer to Other Side for Important Deadlines and Notices −−

| | |
|---|---|
| Dismissal of Case | This case shall be dismissed if the debtor(s) fail to appear at the meeting of creditors or fail to timely file all required schedules and statements. |

All individual debtors must provide photo identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0970-2          User: lewisd              Page 1 of 1              Date Rcvd: Jul 21, 2005
Case: 05-12672                Form ID: b9a              Total Served: 24


The following entities were served by first class mail on Jul 23, 2005.
db          DANA L. SHAFMAN,    4610 E. JOAN DE ARC AVENUE,    PHOENIX, AZ  85032-6424
aty        +KENT A. LANG,    LANG & BAKER, PLC,    8233 VIA PASEO DEL NORTE, SUITE C-100,
             SCOTTSDALE, AZ 85258-3746
tr          MAUREEN GAUGHAN,    PO BOX 6729,    CHANDLER, AZ  85246-6729
ust        +U.S. TRUSTEE,    OFFICE OF THE U.S. TRUSTEE,    230 NORTH FIRST AVENUE,    SUITE 204,
             PHOENIX, AZ 85003-1725
6091150     Bally Total Fitness,    Acct#  4003,    12440 Imperial Highway,    Suite 300,
             Norwalk   CA  90650-8309
6091152     Chevron,    Acct#  0002,    P O Box 2001,    Concord   CA 94529-0001
6091162    +Collegiate Funding Services,    100 Riverside Parkway,    Fredericksburg VA 22406-1016
6091154     Direct Loans,    Acct#  2322,    U S Dept of Education,    P O Box 530260,
             Atlanta   GA  30353-0260
6091156    +INTERNAL REVENUE SERVICE,    324 25TH STREET,    Ogden  UT 84401-2310
6091157    +IRS SPEC PROC MS#5013PX,    210 EAST EARL DRIVE,    Phoenix   AZ 85012-2653
6091159     MBNA Quantum,    Acct#  3141,    MBNA America,    P O Box 15137,    Wilmington   DE  19886-5137
6091164     Texaco,    Acct#  3001,    Shell Payment Center,    Des Moines  IA  50359-0001

The following entities were served by electronic transmission on Jul 22, 2005 and receipt of the transmission
was confirmed on:
smg        +EDI: AZDEPREV.COM Jul 21 2005 21:25:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
             1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2612
6091149    +EDI: AZDEPREV.COM Jul 21 2005 21:25:00      ARIZONA DEPARTMENT OF REVENUE,    1600 WEST MONROE,
             Phoenix   AZ 85007-2650
6091146     EDI: AMEREXPR.COM Jul 21 2005 21:26:00      American Express (Blue),    Acct#  1005,
             P O Box 360002,    Fort Lauderdale   FL 33336-0002
6091147     EDI: AMEREXPR.COM Jul 21 2005 21:26:00      American Express (Gold),    Acct#  2001,    P O Box 0001,
             Los Angeles   CA  90096-0001
6091148     EDI: AMEREXPR.COM Jul 21 2005 21:26:00      American Express (Green),    Acct#  2007,    P O Box 0001,
             Los Angeles   CA  90096-0001
6091151     EDI: FIRSTUSA.COM Jul 21 2005 21:27:00      Bank One,    Acct#  1733,    Cardmember Service,
             P O Box 50882,    Henderson  NV  89016-0882
6091153     EDI: WELTMAN.COM Jul 21 2005 21:27:00      Dell Preferred Account,    Acct#  9268,
             Payment Processing Center,    P O Box 6403,    Carol Stream   IL  60197-6403
6091153     E-mail: ebndell@weltman.com Jul 22 2005 00:31:33     Dell Preferred Account,    Acct#  9268,
             Payment Processing Center,    P O Box 6403,    Carol Stream   IL  60197-6403
6091155     EDI: DISCOVER.COM Jul 21 2005 21:27:00      Discover Card,    Acct#  1509,    P O Box 30395,
             Salt Lake City  UT  84130-0395
6091158     EDI: TSYS2.COM Jul 21 2005 21:27:00      Macy’s,    Acct#  3950,    P O Box 4561,
             Carol Stream   IL  60197-4561
6091160     E-mail: bnc@nordstrom.com Jul 22 2005 00:31:35     Nordstrom,    Acct#  0720,    P O Box 79134,
             Phoenix   AZ 85062-9134
6091161     EDI: TSYS.COM Jul 21 2005 21:25:00      Old Navy,    Acct#  2556,    P O Box 105981,
             Atlanta   GA 30353-5981
6091163    +EDI: WTRRNBANK.COM Jul 21 2005 21:26:00      Target Financial Services,    Acct#  5733,
             P O Box 59317,    Mail Stop 1B-D,    Minneapolis  MN 55459-0317
6091164     EDI: CITICORP.COM Jul 21 2005 21:27:00      Texaco,    Acct#  3001,    Shell Payment Center,
             Des Moines  IA  50359-0001
                                                                                                TOTAL: 14

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 23, 2005**                                    **Signature:** *Joseph Speetjens*