

**CFS – SunTech Servicing LLC**

Post Office Box 6004 • Ridgeland, MS 39158

August 25, 2005

Ridgeland, MS – 601-899-4400
Elsewhere – 800-489-5005
www.suntech.com

**RECEIVED**

US Bankruptcy Court
District of Arizona
230 North First Ave., Suite 101
Phoenix, AZ 85003-1727

SEP 0 6 2005

UNITED STATES
BANKRUPTCY COURT
PLEASE FOR THE DISTRICT OF ARIZONA RETURN

RE: Dana L. Shafman
    SSN# xxx-xx-2322
    Case #2:05-bk-12672-SSC

CFS-SunTech Servicing LLC has received the First Meeting of Creditor's Notice for the above individual. As indicated on the First Meeting of Creditor's Notice, we are not to file a proof of claim unless instructed to do so. Please ensure that CFS-SunTech Servicing LLC is included on the mailing list for all court issued documents at the following address:

> CFS-SunTech Servicing LLC
> P.O. Box 6004
> Ridgeland, MS 39158

*__Please sign, stamp, and date this letter and return to CFS-SunTech Servicing LLC in the enclosed self-addressed stamped envelope.__*

If you have any questions, please contact me at 601-899-4300 ext. 3145.

Sincerely,

*Patsy Madison/kk*
Bankruptcy Coordinator

We have acknowledged receipt of this letter and have ensured that CFS-SunTech Servicing, LLC is on the court's mailing list for the above reference.

_____ Date 9-6-05

\claims\AK.doc