FORM B18 (10/05)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:05–bk–12672–SSC

DANA L. SHAFMAN  Chapter: 7
4610 E. JOAN DE ARC AVENUE
PHOENIX, AZ 85032–6424
**SSAN:** xxx–xx–2322
**EIN:**

Debtor(s)

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor(s) is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**Date:** November 7, 2005              BY THE COURT

**Address of the Bankruptcy Clerk's Office:**              HONORABLE Sarah Sharer Curley
U.S. Bankruptcy Court, Arizona                             United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (10/05)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support; debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0970-2          User: admin              Page 1 of 1              Date Rcvd: Nov 08, 2005
Case: 05-12672                Form ID: b18             Total Served: 24
```

```
The following entities were served by first class mail on Nov 10, 2005.
db           DANA L. SHAFMAN,    4610 E. JOAN DE ARC AVENUE,    PHOENIX, AZ  85032-6424
aty         +KENT A. LANG,   LANG & BAKER, PLC,    8233 VIA PASEO DEL NORTE, SUITE C-100,
             SCOTTSDALE, AZ 85258-3746
tr           MAUREEN GAUGHAN,    PO BOX 6729,    CHANDLER, AZ  85246-6729
6091150      Bally Total Fitness,   Acct# 4003,    12440 Imperial Highway,   Suite 300,
             Norwalk   CA  90650-8309
6214699     +CFS-SUN TECH SERVICING LLC,    PO BOX 6004,    RIDGELAND MS 39158-6004
6091152      Chevron,   Acct# 0002,   P O Box 2001,   Concord  CA 94529-0001
6091162     +Collegiate Funding Services,    100 Riverside Parkway,   Fredericksburg VA 22406-1016
6091154      Direct Loans,   Acct# 2322,   U S Dept of Education,   P O Box 530260,
             Atlanta  GA  30353-0260
6091156     +INTERNAL REVENUE SERVICE,    324 25TH STREET,   Ogden  UT 84401-2310
6091157     +IRS SPEC PROC MS#5013PX,    210 EAST EARL DRIVE,   Phoenix  AZ 85012-2653
6091159      MBNA Quantum,   Acct# 3141,   MBNA America,   P O Box 15137,   Wilmington   DE  19886-5137
6091164      Texaco,   Acct# 3001,   Shell Payment Center,   Des Moines  IA  50359-0001

The following entities were served by electronic transmission on Nov 09, 2005 and receipt of the transmission
was confirmed on:
smg         +EDI: AZDEPREV.COM Nov 08 2005 22:26:00      AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
             1600 W. MONROE, 7TH FL.,   PHOENIX, AZ 85007-2612
6091149     +EDI: AZDEPREV.COM Nov 08 2005 22:26:00      ARIZONA DEPARTMENT OF REVENUE,   1600 WEST MONROE,
             Phoenix  AZ 85007-2650
6091146      EDI: AMEREXPR.COM Nov 08 2005 22:26:00      American Express (Blue),   Acct# 1005,
             P O Box 360002,   Fort Lauderdale  FL  33336-0002
6091147      EDI: AMEREXPR.COM Nov 08 2005 22:26:00      American Express (Gold),   Acct# 2001,
             P O Box 0001,   Los Angeles  CA  90096-0001
6091148      EDI: AMEREXPR.COM Nov 08 2005 22:26:00      American Express (Green),   Acct# 2007,
             P O Box 0001,   Los Angeles  CA  90096-0001
6091151      EDI: FIRSTUSA.COM Nov 08 2005 22:26:00      Bank One,   Acct# 1733,   Cardmember Service,
             P O Box 50882,   Henderson  NV 89016-0882
6091153      EDI: WELTMAN.COM Nov 08 2005 22:26:00      Dell Preferred Account,   Acct# 9268,
             Payment Processing Center,   P O Box 6403,   Carol Stream  IL 60197-6403
6091153      E-mail: ebndell@weltman.com Nov 09 2005 01:31:05      Dell Preferred Account,   Acct# 9268,
             Payment Processing Center,   P O Box 6403,   Carol Stream  IL 60197-6403
6091155      EDI: DISCOVER.COM Nov 08 2005 22:26:00      Discover Card,   Acct# 1509,   P O Box 30395,
             Salt Lake City  UT  84130-0395
6091158      EDI: TSYS2.COM Nov 08 2005 22:26:00      Macy's,   Acct# 3950,   P O Box 4561,
             Carol Stream  IL  60197-4561
6091160      E-mail: bnc@nordstrom.com Nov 09 2005 01:30:55      Nordstrom,   Acct# 0720,   P O Box 79134,
             Phoenix  AZ  85062-9134
6091161      EDI: TSYS.COM Nov 08 2005 22:26:00      Old Navy,   Acct# 2556,   P O Box 105981,
             Atlanta  GA  30353-5981
6091163     +EDI: WTRRNBANK.COM Nov 08 2005 22:26:00      Target Financial Services,   Acct# 5733,
             P O Box 59317,   Mail Stop 1B-D,   Minneapolis  MN 55459-0317
6091164      EDI: CITICORP.COM Nov 08 2005 22:26:00      Texaco,   Acct# 3001,   Shell Payment Center,
             Des Moines  IA  50359-0001
                                                                                               TOTAL: 14

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 10, 2005                    Signature:    *Joseph Speetjens*