# LANG & BAKER,PLC

8233 VIA PASEO DEL NORTE, SUITE C-100
SCOTTSDALE, ARIZONA 85258
TELEPHONE (480) 947-1911

KENT A. LANG, #010041
Attorneys for Dana L. Shafman

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) In Proceedings Under Chapter 7 |
| | ) |
| DANA L. SHAFMAN | ) No. 2:05-bk-12672-SSC |
| | ) |
| Debtors. | ) NOTICE OF ADDRESS CHANGE |
| _____ | ) |

      Kent A. Lang and Lang & Baker, PLC, as counsel for Debtor, hereby give notice to this Court that effective January 16, 2006, the address for Lang & Baker, PLC is as follows:

8767 East Via De Commercio, Suite 102
Scottsdale, Arizona 85258
Phone (480)947-1911
Fax (480)970-5034

      Dated this _12th_ day of January, 2006.

LANG & BAKER, PLC


By:_/s/ Kent A. Lang_____

Kent A. Lang
8233 Via Paseo del Norte, Suite C-100
Scottsdale, AZ  85258
(480) 947-1911

Copies of the foregoing
mailed on the _12th_ day
of January, 2006, to:

US Trustee
230 N. 1st Ave., Ste 204
Phoenix,  AZ 85003-1715

1    Maureen Gaughan
   PO Box 6729
2    Chandler, AZ 85246-6729
   Bankruptcy Trustee
3
   By _/s/ Tracy Reay_____
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22
   L:\Shafman\address change 122005.wpd
23

24

25

26